Xavier Morquise Dangerfield

versus

Harris County Sheriff Office, et al.

Please file under case number: 4:20-CV-02437

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Xavier DANGerfield
SPN: 01158868    Cell: 3H7
Street 700 N SAN JACINTO
HOUSTON, TEXAS 77002

aramark

**INDIGENT**

United States Courts
Southern District of Texas
FILED
JUL 21 2020
David J. Bradley, Clerk of Court



U.S. POSTAGE >> PITNEY BOWES
ZIP 77002
02 4W
0000368784  $ 000.50°
JUL 24 2020

Clerk of Court
515 Rusk
Houston, Texas 77002

70022600 0057