UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XAVIER MORQUISE DANGERFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-2437 |
| | § | |
| HARRIS COUNTY SHERIFF OFFICE | § | |
| and | § | |
| HARRIS COUNTY | § | |
| and | § | |
| HARRIS COUNTY DISTRICT OFFICE, | § | |
| | § | |
| Defendants. | § | |

## ORDER FOR MORE DEFINITE STATEMENT

Harris County jail inmate Xavier Morquise Dangerfield filed this lawsuit alleging violations of his civil rights. So that the court can evaluate the merits of this case, Dangerfield is ORDERED to submit a more definite statement of the facts involved in this action within 30 days of the date of this Order.

## QUESTIONS

1. State the date and reason that you were admitted to the Harris County jail most recently. If you do not know the exact date, give an approximate date (month/year).

2. You allege that the defendants have failed to enact procedures to protect you from Covid-19. How has each of the defendants done this? Be specific as to each defendant.

3. You allege that you are being falsely imprisoned.

    a. were you arrested pursuant to a warrant?

1

    b.    have you been charged with a crime?

    c.    have you been arraigned or had a probable cause hearing?

4. Have you contracted Covid-19? If yes:

    a.    when did you become infected?

    b.    when were you diagnosed with Covid-19?

    c.    who diagnosed you?

    d.    did you receive treatment for your illness?

5. How was each defendant <u>personally involved</u> in the alleged violations of your rights? Be specific as to each defendant's <u>personal involvement</u>.

6. Has a state or federal court ever ordered you to pay a fine or sanction? If so, attach copies of all the orders or, for each order, explain: 1) which court and what fine or sanction was imposed; 2) whether you paid the fine or complied with any other sanction imposed; and 3) when and how you paid the fine or otherwise complied.

7. Has any state or federal court ever issued an order barring you from filing any lawsuits or pleadings until certain conditions were met, such as getting judicial approval to file, or paying a fine or sanction? If so, attach copies of all the orders or, for each order, explain: 1) which court and what condition was imposed; and 2) whether the condition was met and when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving the filing of this lawsuit.

8. Has a court dismissed any of your lawsuits as frivolous, malicious, duplicative, successive, repetitive, or for failure to state a claim upon which relief may be

granted, including cases dismissed under 28 U.S.C.§ 1915? If so, attach copies of all the orders of dismissal or, for each dismissed lawsuit, explain which lawsuit was dismissed, the court, and what kind of dismissal it was.

9. List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

10. What are the last four digits of your social security number and your date of birth? If you have had or used more than one social security number, list the four digits for all of them.

11. State in complete form all the names you have ever used or been known by, including any aliases. Separately list any names you have used for any lawsuits you have ever filed.

12. List all jail and state or federal prison identification numbers ever assigned to you (for example, county jail SPN numbers, federal prison register numbers, etc.). For all numbers listed, identify the particular institution that assigned you the number.

## INSTRUCTIONS

You are warned that you need to follow the following instructions. Your response is due **no later than 30 days after the date of this order**. Label your response "Plaintiff's More Definite Statement" and include the correct Civil Action Number, as shown in the heading of this Order.

Answer the questions to the best of your ability, based on personal knowledge and the information you have. Legal research or reviewing prison records is not required. You must submit your answers to the questions by copying each question posed by the court and then writing the answer as neatly as possible underneath each question, giving the paragraphs the same numbers as the question being answered. You must include somewhere in your response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

No summons will issue until the court has completed an evaluation of your response to these questions. **If you fail to comply as directed, that may result in the dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.**

It is so ORDERED.

SIGNED on this 8th day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge